# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **WILLIAM B. BREWER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV00022 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | By: James P. Jones |
| **ACTING COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Acting Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: April 29, 2019

/s/ James P. Jones
United States District Judge